CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 16, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| Shannon Peters, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| City of Harrisonburg Public Transportation | ) | Civil Action No. 5:26-cv-00050 |
| | ) | |
| and | ) | |
| | ) | |
| Katelynn Noser, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Shannon Peters, proceeding *pro se*, filed a complaint on April 17, 2026. (Dkt. 1.) Several days later, Peters filed a motion for leave to proceed *in forma pauperis* ("IFP"). (Dkt. 2.) On April 22, 2026, the court denied the motion for leave to proceed IFP without prejudice, sent a financial affidavit form to Peters, and instructed Peters to submit the form within 14 days to reapply for IFP status. (Dkt. 5.) Peters did not do so.

On May 13, 2026, the court ordered Peters to, within 28 days, either (1) file the requested financial affidavit form to obtain IFP status or (2) pay the applicable fees for filing this action. (Dkt. 6.) The court warned that otherwise, the case will be dismissed without prejudice. (*Id.*)

More than 28 days have elapsed, and Peters has not filed any financial affidavit forms or paid the required fees. Accordingly, the court **DISMISSES** this action **without prejudice**.

The Clerk is directed to send a copy of this Order to Peters.  The Clerk is further directed to strike this case from the active docket.

**IT IS SO ORDERED.**

**ENTERED** this __16th__ day of June, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE